JS-6
Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY J. KENDRIX,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 09-1207 RNB<br><br>**JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: January 14, 2010

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE